IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC FORBUSH** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 24-4492 |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, et al.** | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 14th day of October, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 8), Plaintiff's response in opposition (ECF No. 13), and Defendants' reply (ECF No. 17), it is hereby **ORDERED** that the motion is **GRANTED.** It is further ordered as follows:

1. Counts I, II, III, IV, V, VI, VIII, IX, and X are **DISMISSED WITH PREJUDICE**.

2. Count VII (Breach of Contract) is **DISMISSED WITHOUT PREJUDICE.**

BY THE COURT:

_____
HON. MIA R. PEREZ